UNITED STATES to the Use of MINNE-
APOLIS–HONEYWELL REGULA-
TOR COMPANY, Appellee,

v.

MARKOWITZ BROTHERS, INC. and
Continental Casualty Company,
Appellants.

No. 11498.

United States Court of Appeals
Fourth Circuit.

Argued Dec. 8, 1967.

Decided Jan. 11, 1968.

Kahl K. Spriggs, Washington, D. C.
(John F. Myers and Mark P. Friedland-
er, Washington, D. C., on brief), for ap-
pellants.

Ernest L. Ruffner, Washington, D. C.
(James R. Treese, and Jackson, Gray &
Laskey, Washington, D. C., on brief), for
appellee.

Before HAYNSWORTH, Chief Judge,
and CRAVEN and BUTZNER, Circuit
Judges.

PER CURIAM:

Whether or not this Miller Act suit
was timely filed turns entirely upon a
question of fact. We think its resolu-
tion by the Master, accepted by the Dis-
trict Court, was not clearly erroneous.

Affirmed.

Mahala Ashley DICKERSON, Appellant,

v.

Richard GANTZ, James Delaney, Jr.,
George Hayes, Robert Erwin, and
David Thorsness, Appellees.

No. 21302.

United States Court of Appeals
Ninth Circuit.

Feb. 7, 1968.

Rehearing Denied March 26, 1968.

M. Ashley Dickerson (argued), An-
chorage, Alaska, in pro. per.

W. C. Arnold (argued), Anchorage,
Alaska, for appellee.

Before CHAMBERS, JERTBERG and
KOELSCH, Circuit Judges.

PER CURIAM:

Appellant is an Anchorage lawyer. At
one time state grievance proceedings
were pending against her. They have
been dismissed by stipulation. She has a
certificate of good standing now. And,
the old proceedings are dead.

Yet, she still pursues a district attor-
ney and members of the state bar com-
mittee on various theories for their fruit-
less efforts. On motion, her complaint
was dismissed and she appeals.

We have reviewed the record and find
no ruling of the district court clearly er-
roneous.

Affirmed.